UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| IN RE: | : | MISC. NO. 24- 51 |
|---|---|---|
| | : | |
| $306,741.00 IN U.S. CURRENCY | : | |

### UNITED STATES' MOTION TO EXTEND TIME TO FILE A CIVIL FORFEITURE COMPLAINT

NOW INTO COURT comes the United States of America, through undersigned counsel, who respectfully files this motion for a short extension of the deadline until April 30, 2024, by agreement of the parties and for good cause shown, pursuant to 18 U.S.C. § 983(a)(3)(A), before which date the government must file a civil forfeiture complaint against the $306,741.00 in U.S. Currency seized on October 5, 2023. For the reasons set forth in the supporting memorandum filed under seal, the government moves for this extension of time.

        UNITED STATES OF AMERICA, by

        RONALD C. GATHE, JR.
        UNITED STATES ATTORNEY

        /s/ J. Brady Casey
        J. Brady Casey, LBN: 24338
        Assistant United States Attorney
        777 Florida Street, Suite 208
        Baton Rouge, Louisiana 70801
        Telephone: (225) 389-0443
        Fax: (225) 389-0685
        E-mail: john.casey@usdoj.gov