## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | : | **MISC. NO. 24-51** |
| | : | |
| **$306,741.00 IN U.S. CURRENCY** | : | |

## MEMORANDUM IN SUPPORT OF MOTION TO EXTEND TIME

Memorandum in Support of Motion to Extend Time will be submitted under seal along with the Motion for Leave to File Under Seal.